## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*,[1] | Case No. 17-12560 (JKS) |
| Remaining Debtors. | (Jointly Administered) |
| MICHAEL GOLDBERG, as Liquidating Trustee of the Woodbridge Liquidation Trust, successor in interest to the estates of WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*, | |
| Plaintiff, | |
| v. | |

---

[1]  The Remaining Debtors and the last four digits of their respective federal tax identification numbers are as follows: Woodbridge Group of Companies, LLC (3603) and Woodbridge Mortgage Investment Fund 1, LLC (0172). The Remaining Debtors' mailing address is 14140 Ventura Boulevard #302, Sherman Oaks, California 91423.

| | |
|---|---|
| Sylvan & Jeannette Jutte, | Adv. Proc. Case No. 19-50308 (JKS) |
| Brian & Robin Korkus, | Adv. Proc. Case No. 19-50309 (JKS) |
| Delton & Jean Christman, | Adv. Proc. Case No. 19-50314 (JKS) |
| Floyd & Lavonne Davis, | Adv. Proc. Case No. 19-50317 (JKS) |
| George & Charlene Iwahiro, | Adv. Proc. Case No. 19-50319 (JKS) |
| Toomas & Pamela Heinmets, | Adv. Proc. Case No. 19-50322 (JKS) |
| Janet V. Dues, | Adv. Proc. Case No. 19-50328 (JKS) |
| Dena Falkenstein, | Adv. Proc. Case No. 19-50329 (JKS) |
| Judy Karen Goodin, | Adv. Proc. Case No. 19-50330 (JKS) |
| Denis W. Hueth, | Adv. Proc. Case No. 19-50331 (JKS) |
| Christian Lester, | Adv. Proc. Case No. 19-50332 (JKS) |
| Jane Marshall, | Adv. Proc. Case No. 19-50335 (JKS) |
| Laurence J. Nakasone, | Adv. Proc. Case No. 19-50337 (JKS) |
| Blaine Phillips, | Adv. Proc. Case No. 19-50338 (JKS) |
| George Edward Sargent, | Adv. Proc. Case No. 19-50340 (JKS) |
| Jeff Schuster, | Adv. Proc. Case No. 19-50341 (JKS) |
| Jennifer Tom, | Adv. Proc. Case No. 19-50342 (JKS) |
| Anita Bedoya & Mark Bedoya, | Adv. Proc. Case No. 19-50343 (JKS) |
| Anita Bedoya & Julian Duran, | Adv. Proc. Case No. 19-50344 (JKS) |
| Ronald Cole, | Adv. Proc. Case No. 19-50346 (JKS) |
| Ronald Draper, | Adv. Proc. Case No. 19-50347 (JKS) |
| Lawrence J. Paynter, | Adv. Proc. Case No. 19-50351 (JKS) |
| Nannette Tibbitts, | Adv. Proc. Case No. 19-50353 (JKS) |
| Clayton Nakasone, | Adv. Proc. Case No. 19-50832 (JKS) |
| Defendants. | **Ref. Docket Nos. [Various]** |

## <u>AFFIDAVIT OF SERVICE</u>

STATE OF OHIO            )
                                      ) ss.:
COUNTY OF FRANKLIN   )

ANGELA CHACHOFF, being duly sworn, deposes and says:

1. I am employed as a Case Manager by Epiq Class Action & Claims Solutions, Inc., located at 5151 Blazer Parkway, Suite A, Dublin, Ohio 43017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On October 25, 2021, I caused to be served the "Order Denying Defendants' Motion to Temporarily Stay the Prosecution of their Complaints Pending the Determination of Distributions to Class 3 Note Claimants Under the Confirmed Plan," dated October 22, 2021, by causing a true and correct copy to be delivered via electronic mail to: *curtishehn@comcast.net*, for the above-referenced cases associated with Woodbridge Group of Companies, LLC, *et al.*, Case No. 17-12560 (JKS).

*/s/ Angela Chachoff*
Angela Chachoff

Sworn to before me this
26th day of October, 2021
*/s/ Andrea R. Speelman*
Andrea R. Speelman
Notary Public, State of Ohio
Commission Expires March 21, 2024